IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 21 CR 091 WMC |
| MOHAMMAD HAROON IMAAD, | 18 U.S.C. § 113(a)(8) |
| Defendant. | |

---

THE GRAND JURY CHARGES:

COUNT 1

On or about September 7, 2021, in the Western District of Wisconsin, the defendant,

MOHAMMAD HAROON IMAAD,

within the special maritime and territorial jurisdiction of the United States, namely Fort McCoy, Monroe County, Wisconsin, assaulted B.I., his spouse and intimate partner, by strangling, suffocating, and attempting to strangle and suffocate B.I.

(In violation of Title 18, United States Code, Section 113(a)(8)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 09/22/21

_____
TIMOTHY M. O'SHEA
Acting United States Attorney