# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Alexander P. Vlisides
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

November 17, 2021

Honorable Stephen L. Crocker
United States Magistrate Judge
120 North Henry Street
Madison, Wisconsin 53703

>  Re:  *United States v. Mohammad Haroon Imaad*
>        Case No. 21-cr-91-wmc

Dear Judge Crocker:

  I write in response to the government's letter concerning the good-time credit. Mr. Corey and I have gone back and forth with case law on this issue and even a phone call at 6:40 this morning—his idea, not mine. As an advocate, I planned to write this morning and inform the Court about the negative case law, but Mr. Corey beat me to the punch. His brief was done and we saw no reason to hold off. I will add that his assessment of the Second Circuit case is accurate. I would, however, note that while the *Slatkin* quote is the most damning for my position, the cases it cites in support are not as broad as it states.

  All that being said, I want to acknowledge that in other Circuits there are cases that cut against my position, but there is nothing in the Seventh Circuit that would close the door to this argument. Further, I would add that while Wisconsin's good-time provision may not be assimilated into this sentencing, it does not change the fact that for the identical crime taking place off the military base, Mr. Imaad would serve no more than 68 days.

FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.

Honorable Stephen L. Crocker
November 172, 2021
Page -2-

    Thank you for your attention to this matter.

                        Sincerely

                        */s/ Joseph A. Bugni*

                        Joseph A. Bugni
                        Associate Federal Defender